UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KENNETH HAWKINS,**

      **Plaintiff,**

   v.                         Case No. 2:13-cv-1164
                                **JUDGE GREGORY L. FROST**
**HONDA OF AMERICA MFG., INC.,**     **Magistrate Judge Norah McCann King**

      **Defendant.**

## ORDER

     This matter is before the Court for consideration of the Magistrate Judge's January 8, 2015 Report and Recommendation. (ECF No. 21.) The Magistrate Judge recommended that the Court dismiss this action for want of prosecution. The Report and Recommendation specifically advised the parties that a failure to object to the Report and Recommendation within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at Page ID # 55.)

     Because no objections have been filed, the time for filing objections has expired, and the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Report and Recommendation and **DISMISSES** this action for want of prosecution. The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

     **IT IS SO ORDERED**.

                                                          /s/ Gregory L. Frost
                                              GREGORY L. FROST
                                              UNITED STATES DISTRICT JUDGE